**Electronically Filed
Supreme Court
SCWC-17-0000813
07-NOV-2019
12:13 PM**

SCWC-17-0000813

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SHAUN WRIGHT and ANNETT WRIGHT,
Respondents/Plaintiffs-Appellees

vs.

MIYAKE CONCRETE ACCESSORIES, INC.,
Petitioner/Defendant-Appellant,

and

MIYAKE CONCRETE ACCESSORIES, INC.,
Third-Party Plaintiff-Appellant,

vs.

SAMUEL S. KIYABU, dba KIYABU CONSTRUCTION, INC.,
SANDPIPER CONSTRUCTION, INC., a Hawaiʻi corporation,
DESPINS GENERAL CONSTRUCTION, INC., a Hawaiʻi corporation,
BRIAN SHIMOMURA and BRIAN SHIMOMURA & ASSOCIATES, LLC,
a Hawaiʻi Limited Liability Company,
Third-Party Defendants-Appellees.
(CIV. NO. 09-1-0748)

---

DESPINS GENERAL CONSTRUCTION, INC.,
Plaintiff-Appellee,

vs.

SHAUN WRIGHT and ANNETT WRIGHT,
Defendants-Appellees,

and

SHAUN WRIGHT and ANNETT WRIGHT,
Counter-Claimants-Appellees,

vs.

DESPINS GENERAL CONSTRUCTION, INC.,
Counter-Defendant-Appellee.
(CIV. NO. 10-1-0191)

------------------------------------------------------------------
MIYAKE CONCRETE ACCESSORIES, INC., a Hawaiʻi corporation,
Plaintiff-Appellant,

vs.

BRIAN S. SHIMOMURA and BRIAN SHIMOMURA & ASSOCIATES, LLC,
a Hawaiʻi Limited Liability Company,
Defendants-Appellees.
(CIV. NO. 11-1-0153)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000098, CAAP-17-0000570, CAAP-17-0000813)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Miyake Concrete

Accessories, Inc.'s application for writ of certiorari, filed on

September 24, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 7, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson